# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 12, 2012

Lyle W. Cayce
Clerk

No. 12-20111
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL GIVENTER, Also Known as Michael Blanc,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:10-CR-763-1

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Michael Giventer appeals the denial of his motion to revoke the magistrate

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-20111

judge's order of detention pending his trial on criminal charges related to bank-ruptcy proceedings. *See* 18 U.S.C. §§ 3142, 3145. This court remanded this matter for the limited purpose of obtaining reasons for denial of the motion. The district court complied, but Giventer then pleaded guilty of to conspiracy to commit bankruptcy fraud, so his appeal is moot, *see United States v. Ramirez*, 145 F.3d 345, 356 (5th Cir. 1998); *United States v. O'Shaughnessy*, 772 F.2d 112, 113 (5th Cir. 1985), and is therefore DISMISSED.